**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TERANCE MCNINCH and PEGGY MCNINCH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 19-cv-2305 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | Judge Mary M. Rowland |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 52**

NOW COME Plaintiffs, TERANCE MCNINCH and PEGGY MCNINCH, by their attorneys, JENNIFER M. DANISH, ANDREW BRYANT, and BRYANT LEGAL GROUP PC, and pursuant to Fed.R.Civ.P. 52(a), move for the entry of judgment on their behalf on the grounds that there are disputed issues of fact in this matter; however, the evidence weighs substantially in Plaintiffs' favor and entitles them to an award of benefits and other relief. In support thereof, Plaintiffs have submitted their proposed findings of fact and conclusions of law.

WHEREFORE, Plaintiffs pray that the court award them all accidental death benefits, along with interest, fees and costs pursuant to 29 U.S.C. §1132(g), and all other relief this Court deems proper and just.

Dated: June 15, 2021

Respectfully submitted,

By: /s Jennifer M. Danish
Attorney for Plaintiffs
Jennifer M. Danish
Andrew Bryant
Bryant Legal Group PC
55 E. Monroe St., Ste. 1460
Chicago, IL 60603
(312) 235-4886 Direct Dial
jdanish@bryantlg.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that she served a copy of the foregoing Plaintiffs' Motion For Entry Of Judgement Pursuant to Federal Rule of Civil Procedure 52 via ECF system on June 15, 2021, addressed to the parties listed below:

        Joseph R. Jeffery
        Craig M. Bargher
        Chittenden, Murday & Novotny LLC
        303 W. Madison, Suite 1400
        Chicago, Illinois 60606
        cbargher@cmn-law.com
        jjeffery@cmn-law.com

                                        /s Jennifer M. Danish
                                        Jennifer M. Danish
Jennifer M. Danish                      Attorney for Plaintiffs
Andrew B. Bryant                     Terance and Peggy McNinch
Bryant Legal Group PC
55 E. Monroe St., Ste. 1460
Chicago, Illinois 60603
(312) 561-3010 Main
(312) 254-3140 Fax
jdanish@bryantlg.com
abryant@bryantlg.com